UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| FERMIN RECARTE and ) | |
| DENISE RECARTE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| -vs- ) | CASE NO. 4:24-cv-00007-JVB-JEM |
| ) | |
| STATE FARM FIRE AND ) | |
| CASUALTY COMPANY, ) | |
| ) | |
| Defendant. ) | |

## AFFIDAVIT OF MICHAEL SCOTT

I, Michael Scott, swear under oath to the following:

1. I am over the age of eighteen (18) and competent to testify in a court of law.

2. I have personal knowledge of the following information contained in this Affidavit and could testify to the same in court if called upon to do so.

3. I was retained by State Farm to serve as State Farm's appraiser for Plaintiffs' claim.

4. On August 12, 2024, Plaintiffs' appraiser Mark Ricketts and I inspected Plaintiffs' residence.

5. Ricketts nominated Matt Dugan, Martin Sheilds, Mike Abell, Vinnie Nowarita, Jon Linville, and Denny Keiser to serve as umpire for this claim.

6. I rejected each of Ricketts' umpire candidates.

7. The umpires I proposed were Al Kalemba, Tim Dixon, David Wenz, and Matt Holberton.

8. I have not received any documents from Plaintiffs or any of their representatives with an itemized detail of Plaintiffs' claimed losses at their residence.

I affirm, under the penalties of perjury, that the foregoing representations are true and accurate to the best of my knowledge.

Date: __10/31/24_____   _____
                          Michael Scott