# Newman
## construction consulting

## Michael B. Newman
Senior Principal
Chicago, IL | 773.617.3132

**PROFESSIONAL PROFILE**

Michael Newman has been a proven leader in construction, restoration, consulting, estimating and job site monitoring for clients over the past 30 years providing a vast level of experience by having worked on some of the largest and most complex loss projects in the United States and internationally. Mr. Newman maintains a reputation for integrity and excellence throughout the insurance and construction industries. From projects that are thousands of dollars to those that are hundreds of millions of dollars, Mr. Newman has been involved at all levels for his clients. Prior to consulting Mr. Newman was heavily involved with commercial cleaning, remediation, and construction projects throughout the Midwest with a family owned and operated company.

Mr. Newman has provided construction consulting, remediation consulting and directed clerk of the works/job site monitoring on some of the largest catastrophic events in the world. These events include the 2008 Midwest floods where remediation consulting and clerk of the works was provided on a college campus with over 65 buildings affected and more than $500M in damages where more than 1500 employees of contractors and sub-contractors were monitored. Clerks of the works and construction consulting during the 2010 Chile earthquakes where a document warehouse company with 5 locations affected where over 1200 employees of contractors and the insured were monitored as well as cost models for repairs and improvements were provided on over $10M in damages. Mr. Newman provided construction consulting during the 2011 Midwest tornadoes where an aerospace manufacturer with over 12 million square feet of offices, production and warehousing were affected, and the agreed scope and costs were completed in a monumental 6 months for over $300M dollars. Mr. Newman has provided consulting services on more than $7 billion dollars of project values in his career. Mr. Newman also provides expert witness services to attorneys as well as appraisal services to the insurance industry as an impartial umpire and impartial appraiser.

Mr. Newman and his firm provide services outside of the USA as well and has worked in Mexico, Chile, Canada & Thailand in most recent years.

Mr. Newman holds Master Certifications from the IICRC in Fire & Smoke, Water and Textile Cleaner as well as having ongoing and continuing education in such areas as; Green Building, Loss Mitigation, Business Continuation Planning, CAD, Scheduling and Estimating.  Mr. Newman also provides value to clients in South America through his knowledge and understanding of the Spanish and Portuguese languages.

Mr. Newman holds a degree from Mount St. Clare College where he was a 4-year starter and captain of the nationally ranked men's soccer team and performed his MBA studies at St. Ambrose University.  Mr. Newman played for the Brasilian soccer club Vasco da Gama, numerous PDL teams in the Midwest as well as spent years in the United States regional and national player development teams/pools in his soccer career.

### CAREER SUMMARY

2007– present:   Senior Principal | Newman Construction Consulting
2011– 2014:      Senior Vice President | JS Held
1989 – 2006:     Operations Manager | Newman's Cleaning System

### EDUCATION

Mt St Clare College - Bachelor of General Studies - 1997
St Ambrose University – MBA Studies - 1999-2001

### PROFESSIONAL CERTIFICATIONS & LICENSES

IICRC - Master Water Restorer #91390
IICRC – Master Fire & Smoke Restorer #91390
IICRC – Master Textile Cleaner #91390