**MICHAEL R. SCHWARTZ, AIC, AINS, RPA**
Executive Vice President / Secretary & Executive General Adjuster
L.J. Shaw & Company
1100 S. Main Street, Lombard, Illinois 60148
P: (630) 932-0707
mrschwartz@ljshaw.com
http://www.linkedin.com/in/michael-schwartz-0044698

## EXPERIENCE

**2007 to Present**  **L.J. Shaw & Company,** Lombard, Illinois (Est. 1932)

- Independent Insurance Adjusting Firm, specializing in First Party Property Claims and Damage Appraisals for Insurance Companies.
- In 2014, appointed Partner and Vice President in addition to normal duties as Executive General Adjuster.
- On January 1, 2019, appointed Executive Vice President / Secretary in addition to normal duties as Executive General Adjuster.
- Drafted and presented an ethics seminar for insurance agents that has been approved for continuing education credits by the Illinois Department of Insurance.

**1994 to 2007**  **R.S. Rozak & Company,** Chicago, Illinois

- Independent Insurance Adjusting Firm, specializing in First Party Property Claims and Damage Appraisals for Insurance Companies.
- Elevated to rank of General Adjuster while employed at R.S. Rozak.

**1992 to 1994**  **Toplis & Harding, Inc.,** Chicago, Illinois

- Independent Insurance Adjusting Firm specializing in First Party Property Claims for Insurance Companies, Underwriters at Lloyd's, and corporate entities with large self-insured retentions.
- Participated in the administration of a warranty program for a nationally recognized manufacturer.
- Adjusted claims nationally following Hurricane Andrew, Hurricane Iniki, and the Mississippi / Missouri River floods of 1993.

**1988 to 1992**  **The Hanover Insurance Company,** Itasca, Illinois.

- Employed as an insurance adjuster. Trained as a multi-line adjuster before beginning career as a property adjuster.
- Handled claims nationally following Hurricane Bob.

EXHIBIT D

**WORK**         Thirty-four years of experience in adjusting and investigating all types of commercial lines claims and personal lines claims for domestic carriers, governmental risk pools, national corporations, and Underwriters at Lloyd's.

- Specialties include adjustments of building, contents and business income claims. Experience also includes the adjustment of cargo, inland marine, and employee dishonesty claims.

- Technical abilities include determining breakdown of costs, implementation of insurance contracts, preparation of building valuations, Statements of Loss and loss of income schedules. Handling of industrial, commercial and residential claims, with values in excess of $4,000,000.00.

- Participation on a committee established by the State of Illinois' Department Insurance that was charged with reviewing and redrafting the Public Adjuster Examination.

- Have also served as a speaker, appraiser, umpire, and expert witness.

**EDUCATION**    Loyola University of Chicago, Chicago, Illinois

Degree: Bachelor of Arts, History, Honors, Magna Cum Laude, graduated 1988

**Industry Education:**

- GAB Property Adjusting School, Aurora, Colorado
- Completed courses through Insurance Institute of America and obtained both Certificate of General Insurance & Associate in General Insurance
- Continuing education workshops and seminars conducted through Western Loss Association, the Adjuster's Association of Chicago, the Loss Executives Association, and the Property Loss Research Bureau

**Industry Affiliations:**

- Adjuster's Association of Chicago (Past President)
- Society of Registered Professional Adjusters, RPA #1362
- Associate Member – Loss Executives Association

EXHIBIT D